IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ERIC E. ATKINSON                                                                                     PLAINTIFF

v.                                        Case No. 5:14-CV-05126

SHERIFF KELLEY CRADDUCK; JAIL ADMINISTRATOR
JEREMY GUYLL; LIEUTENANT STEVEN DARNER;
LIEUTENANT JESUS MARTINEZ; MATT (last name
unknown), Manager of Keefe Commissary; JOHN DOE, Mail
Room Clerk; and CHIEF DEPUTY ROB HOLLY                               DEFENDANTS

**O R D E R**

      Currently before the Court are the proposed findings and recommendations (Doc. 8) filed in this case on January 14, 2015, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas.  The time for filing objections has passed, and no objections have been filed by any party.

      The Court has reviewed this case and finds that the report and recommendation is proper, contains no clear error, and should be and hereby is ADOPTED IN ITS ENTIRETY.  Accordingly, for the reasons stated in the Magistrate's report and recommendations, IT IS ORDERED that all claims against Defendant Matt (last name unknown) and Lieutenant Jesus Martinez are DISMISSED WITHOUT PREJUDICE as frivolous and for failure to state a claim upon which relief may be granted.  28 U.S.C. § 1915A(b)(1).

      IT IS SO ORDERED this 13th day of March, 2015.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE