IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ERIC E. ATKISSON                                                                                    PLAINTIFF

v.                                    Case No. 5:14-CV-05126

SHERIFF KELLEY CRADDUCK; JAIL
ADMINISTRATOR JEREMY GUYLL; JOHN
DOE, mail room clerk; DEPUTY ROB HOLLY;
and LIEUTENANT STEVEN DARNER                                                    DEFENDANTS

**O R D E R**

The Court has received proposed findings and recommendations (Doc. 42) from United States Magistrate Judge Erin L. Setser. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects.

Accordingly, IT IS ORDERED that Defendants' motion for summary judgment (Doc. 25) is GRANTED, and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this 17th day of November, 2015.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE